**DISMISS and Opinion Filed February 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01519-CV

## JAY SANDON COOPER, Appellant

### V.

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CITY OF PLANO, TEXAS PLANO POLICE DEPARTMENT, LINDA MORPHEW HENDERSON, AND CATHERINE ANN BARYCKI, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01847-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's motion to extend time to file notice of appeal. Appellant, who has been declared a vexatious litigant, is subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.103. Pursuant to appellant's request, the local administrative judge granted appellant permission to file this appeal "conditioned on [appellant] furnishing security in the amount of $2,500." *See id.* § 11.102. Appellant, however, filed the appeal without paying the security.

On January 14, 2019, we ordered appellant to file, no later than January 24, 2019, written verification he had furnished the security and cautioned that failure to do so would result in

dismissal of the appeal without further notice. Rather than filing the requested verification, appellant filed an objection to our order. The objection has no merit. Accordingly, we overrule the objection, deny the extension motion, and dismiss the appeal. *See id.* §§ 11.056, 11.102-.103.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

181519F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAY SANDON COOPER, Appellant

No. 05-18-01519-CV        V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, CITY OF
PLANO, TEXAS PLANO POLICE
DEPARTMENT, LINDA MORPHEW
HENDERSON, AND CATHERINE ANN
BARYCKI, Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-01847-2018.
Opinion delivered by Justice Whitehill,
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees State Farm Mutual Automobile Insurance Company, City of Plano, Texas Plano Police Department, Linda Morphew Henderson, and Catherine Ann Barycki recover their costs, if any, of this appeal from appellant Jay Sandon Cooper.

Judgment entered February 6, 2019.

–3–